

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>FRANCISCO JOSE MARTINEZ,<br><br>                 Defendant. | CASE NO. 10cr2751-BEN<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in case 10cr3002-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 7/29/10

                                  LOUISA S PORTER
                                  UNITED STATES DISTRICT JUDGE

                              ENTERED ON _____